594

Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. — Cross motion to dismiss denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Probate of the Will of MONROE L. DIX, Deceased. — Motion to file a brief *amicus curiæ* and to argue orally granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

GRACE YEDINAK, as Administratrix of the Estate of PETER YEDINAK, Deceased, Appellant, v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, Respondent.— Motion to dismiss appeal denied, without costs, without prejudice to its renewal on the argument. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.